AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

──────────── District of Hawaii ────────────

*1249290*

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 00-00148HG(01) |
| MARK POMELE | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 6 2006

at __ o'clock and __ min. __ M
SUE BEITIA, Clerk

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED TO ARREST MARK POMELE and bring him or her forthwith to the nearest district/ magistrate judge to answer a Violation Notice , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

2006 NOV -3 AM 8: 49
RECEIVED
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | |
| Signature of Issuing Officer/Deputy Clerk | November 02, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL          By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at  HONOLULU, HI . | | |
| Date Received   11-3-06 | NAME AND TITLE OF ARRESTING OFFICER   Russell Nakasato DUSM | SIGNATURE OF ARRESTING OFFICER  *[signature]* |
| Date of Arrest   11-14-06 | | |