# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 21, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00148HG |
| CASE NAME: | UNITED STATES OF AMERICA v. MARK POMELE |
| ATTYS FOR PLA: | Thomas C. Koenig |
| ATTYS FOR DEFT: | David F. Klein, Esq. |
| U.S.P.O.: | Carter A. Lee |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | November 21, 2006 | TIME: | 2:00 - 2:30 |

COURT ACTION:     ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation Nos. 1, 2, 3, and 4.

The Court finds that this is a Grade C violation, Criminal History Category VI.

Allocution by the defendant.

Supervised Release is revoked.

ADJUDGED: Impr of ten (10) MONTHS.

The supervised release is sixty-two (62) MONTHS with the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment, and it may also be a dual diagnosis treatment, if available and advisable by the Probation Office which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Bouelvard, and Kokea Street, as depicted in the map to be attached to the Judgment.

10. That the defendant reside at and participate in a residential reentry center such as Mahoney Hale for a period not to exceed 180 days, at the discretion and direction of the U.S. Probation Office.

Advised of rights to appeal the sentences, etc.

Submitted by: Mary Rose Feria, Courtroom Manager